UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William Carl Tyler,

     Plaintiff,

v.                                Case No.  12-14527

Commissioner of Social Security,     Sean F. Cox
                                          United States District Court Judge

     Defendant.
_____/

**ORDER
ADOPTING 2/27/14 REPORT AND RECOMMENDATION
AND AWARDING ATTORNEY FEES AND COSTS**

Plaintiff William Tyler ("Plaintiff") filed this action challenging the Commissioner's denial of his application for Supplemental Security Income.  This Court remanded the matter to the ALJ for further proceedings pursuant to sentence four of 28 U.S.C. § 405(g).  Thereafter, Plaintiff filed a motion seeking attorney fees and costs, which was referred to Magistrate Judge David Grand for issuance of report and recommendation.

On February 27, 2014, Magistrate Judge Grand issued a Report and Recommendation ("R&R") (Docket Entry No. 22) wherein he recommends that this Court grant the motion in part and deny it in part, and award $4,575.00 in attorney fees, along with costs of $350.00, for a total award of $4,925.00.

Neither party has filed objections to the R&R and the time permitted for doing so has passed.

Accordingly, IT IS ORDERED that the R&R is ADOPTED and this Court hereby

1

GRANTS IN PART Plaintiff's motion seeking an award of attorney fees and costs.

The Court hereby ORDERS that Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of $4,575.00 and costs in the amount of $350.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Bernstein & Bernstein.  If EAJA fees and costs are not subject to any offset and an assignment is provided the Social Security Administration, the award shall be paid directly to the order of William W. Watkinson, Jr.

IT IS SO ORDERED.


S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  March 27, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2